UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joseph Antonio Smith                                    Docket No. 5:07-CR-239-1FL

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Antonio Smith, who, upon an earlier plea of guilty to Conspiracy to Distribute More Than 5 Kilograms of Cocaine, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 11, 2008, to the custody of the Bureau of Prisons for a term of 80 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joseph Antonio Smith was released from custody on September 27, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 17, 2017, the defendant submitted a urine sample that tested positive for marijuana. On September 11, 2017, the defendant submitted a urine sample and made a verbal admission to using marijuana. At this time, the defendant is currently attending outpatient substance abuse treatment and through further inquiry, the defendant believes mental health treatment will assist him with addressing some underlying issues. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: September 12, 2017 |

**Joseph Antonio Smith**
**Docket No. 5:07-CR-239-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this <u>  13th  </u> day of <u>  September  </u>, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge